**Opinion issued January 29, 2015.**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-13-01023-CV

_____

**LAVENA V. HIGHTOWER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 182nd District Court**
**Harris County, Texas**
**Trial Court Case No. 1270245**

---

## MEMORANDUM OPINION

Appellant Lavena V. Hightower filed a motion to dismiss her appeal. No

other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP.

P. 42.1(a)(1), (c). This motion has been on file with the Court for more than ten

days and no party has responded to the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss any pending motions as moot.


**PER CURIAM**


Panel consists of Justices Jennings, Massengale, and Lloyd.